**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants COUNTY OF STANISLAUS, M. HUGHES
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA BACA GARCIA, an individual; and NOE PALACIOS, an individual, | CASE NO.  2:26-cv-00785-JAM-CSK |
| Plaintiff, | **STIPULATION AND ORDER FOR STAY OF PROCEEDINGS** |
| v. | |
| COUNTY OF STANISLAUS, a public entity; M. HUGHES, individually and in his official capacity as a deputy of the Stanislaus County Sheriff's Department; and DOES 1-25, inclusive, individually and in their official capacities as agents, officers, and employees of the Stanislaus County Sheriff's Department, | Complaint Filed: March 8, 2026 |
| Defendants. | |
| _____/ | |

Plaintiffs MARITZA BACA GARCIA and NOE PALACIOS and Defendants COUNTY OF STANISLAUS and M. HUGHES, by and through the undersigned counsel, hereby stipulate to stay this case, pending resolution of People v Garcia, Stanislaus County Superior Court Case No. 25-012714 and People v Palacios, Stanislaus County Superior Court Case No. 25-012715, both of which arise out of the incident that is the basis for the civil action.  Good cause exists for the stay, pursuant to Government Code section 945.3, which essentially states that no civil action may be pursued against an officer upon

4873-9366-9235, v. 1

conduct relating to the offense for which he/she stands accused.

Plaintiffs will notify this court and Defendants when the criminal matters have concluded such that the stay can be lifted so that this matter may be pursued.   Upon lifting of the stay, Defendants shall have 30 days to respond to the complaint.

**IT IS SO STIPULATED.**

Dated:  May 12, 2026                                    LAW OFFICES OF KENNETH C. ODIWE, PC


By /s/ K. Chike Odewe, Esq.
   K. CHIKE ODIWE, ESQ.
   Attorney for Plaintiffs,
   MARITZA BACA GARCIA and
   NOE PALACIOS


Dated:  May 14, 2026                                    PORTER SCOTT
                                                        A PROFESSIONAL CORPORATION

By _____
   John R. Whitefleet
   Attorney for Defendants COUNTY OF
   STANISLAUS and M. HUGHES

STIPULATION AND ORDER FOR STAY OF PROCEEDINGS; ORDER

4873-9366-9235, v. 1

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

This matter is **STAYED** pending resolution of the criminal cases against Plaintiffs.  Plaintiffs will notify this Court and Defendants when the criminal matters have concluded such that the stay can be lifted. Upon lifting of the stay, Defendants shall have thirty (30) days to respond to the complaint.

Dated: May 14, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR STAY OF PROCEEDINGS; ORDER

4873-9366-9235, v. 1